*Plevnik v. U.S. Department of Homeland Security, et al.*
United States District Court for the District of Columbia

# EXHIBIT A

**No Information**

State of Florida v. Plevnik, Case No. 24001090CFAXMX
Circuit Court of the Nineteenth Judicial Circuit, Martin County, Florida
Filed January 10, 2025

Unique Code : CAA-CACDACBBBEAAEG-BCAIF-DEJIECBG-BBFEHJF-I Page 1 of 1

Filing # 214366017 E-Filed 01/10/2025 03:18:08 PM

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

STATE OF FLORIDA

Case No. 43-2024-CF-001090-A

-vs-
Iztok Plevnik

Defendant

## NO INFORMATION

COMES NOW the State of Florida, by and through its undersigned State Attorney, and files this NO INFORMATION in the above-styled cause wherein the Defendant is charged with:

THIRD DEGREE GRAND THEFT

Dated January 10, 2025.

RESPECTFULLY SUBMITTED
THOMAS R. BAKKEDAHL
State Attorney

By: /s/ Richard M. Bodek
Richard M. Bodek
Assistant State Attorney
FL Bar#: 106875
100 E. Ocean Blvd., Suite 400
Stuart, FL 34994
(772) 288-5646
SA19eService@sao19.org

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF AN OFFICIAL RECORD OR A DOCUMENT FILED IN THE OFFICE OF THE MARTIN COUNTY CLERK OF THE CIRCUIT COURT AND COMPTROLLER. THIS DOCUMENT MAY HAVE REDACTIONS AS REQUIRED BY LAW.

VISIT HTTPS://WWW.CLERKECERTIFY.COM/VERIFYIMAGE TO VALIDATE THIS DOCUMENT

THE HONORABLE CAROLYN TIMMANN,
CLERK OF THE CIRCUIT COURT & COMPTROLLER

Carolyn Timmann, CLERK