*Plevnik v. U.S. Department of Homeland Security, et al.*
United States District Court for the District of Columbia

# EXHIBIT C

**DHS Traveler Redress Inquiry Program**
**Case No. 00688297 (submitted August 13, 2026)**

Case record, printed October 14, 2026
Information request CD-374694, printed October 14, 2026

An official website of the United States government Here's how you know



## Case Details

Contact Name
Iztok Plevnik (/s/detail/003SJ00001MR3xVYAT)

Case Record Type
Customs or Border Incident

Subject
Customs or Border Incident — I, Iztok Plevnik regularly stopped ...

Description

## Application Entries - Border

Entry, Immigration, Customs, or Border
✓

Estimated Date

Denied entry into the United States
☐

Port of Entry Into the US

Foreign student or exchange visitor
☐

Date of Entry into the US

Given an info sheet by a CBP Officer
☐

Name at Entry into US

Secondary screening clearing U.S. CBP
✓

US Port of Departure

ESTA Application Denied
☐

Date of Departure from the US

Got "X" at kiosk - APC or Global Entry
☐

Sea Vessel Name

EVUS Enrollment Unsuccessful
☐

Cruise Ticket Number

My Global Entry application was denied
☐

Other Incident

✓

Incident Details

I, Iztok Plevnik regularly stopped and detained at the border causing me to miss connecting flights based on an arrest record that has been sealed by order of a Florida judge. See attachment. I have been informed by CBP or ICE that the reason for my chronic detentions is the failure of DHS to remove my arrest record per the Florida judicial sealing order. I am thus respectfully requesting DHS to remove the sealed arrest record from its systems without tarry. I should not be required to file a lawsuit to compel DHS to honor the sealing order.

## Case Status

Status

In Progress

Submitted Date

8/13/2026

## System Information

Web Email

## Submitted Files

We have received the following files from you.

| | File Name | Download |
|---|---|---|
| 1 | 233801675 Order Granting Motion To Expunge Or Seal ... | Download |
| 2 | WhatsApp Image 2026-08-13 at 3.03.01 PM | Download |
| 3 | Iztok Plevnik Signed | Download |
| 4 | WhatsApp Image 2026-08-13 at 3.02.29 PM | Download |
| 5 | Global Entry | Download |
| 6 | WhatsApp Image 2026-08-13 at 3.02.45 PM | Download |
| 7 | form a13 | Download |

## Response Files

If we have any files for your case(s), it will appear below.

| File Name | Download |
|---|---|

**Message from the DHS TRIP Team**

You have **submitted an application**. We are working on your application and will contact you if we need more information. If you have a question, or would like to send more details about your experience, please contact DHS TRIP at TRIP@tsa.dhs.gov.

Participation in the DHS Traveler Redress Inquiry Program is voluntary.

The OMB control number assigned to this collection is 1652-0044 which expires on 06/30/2029.

We'd love to hear your feedback - Web Experience Survey (https://response.tsa.dhs.gov/survey/runtimeApp.app?invitationId=0KiSJ000001W7KL&surveyName=dhs_trip_website_feedback_survey&UUID=f7490731-78f3-47a5-afa9-3333056f4bcf) | TRIP Redress Program Survey (https://response.tsa.dhs.gov/survey/runtimeApp.app?invitationId=0KiSJ000001W7H7&surveyName=dhs_trip_feedback_survey&UUID=e22bb24a-cbc6-4730-a498-0329095e7387)

## Related Cases

0 items • Sorted by Status • Updated a few seconds ago

| Case | Subject | Case Rec... | Status | Submitte... |
|---|---|---|---|---|



No items to display.

(https://www.dhs.gov)

TRIP.dhs.gov

**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov)**

NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
NO CURRENT ADVISORIES

About DHS (https://www.dhs.gov/about-dhs)

Accessibility (https://www.dhs.gov/accessibility)

Budget and Performance (https://www.dhs.gov/performance-financial-reports)

DHS Components (https://www.dhs.gov/dhs-component-websites)

FOIA Requests (https://www.dhs.gov/freedom-information-act-foia)

No FEAR Act Data (https://www.dhs.gov/homeland-security-no-fear-act-reporting)

Privacy Policy (https://www.dhs.gov/privacy-policy)

Site Links (https://www.dhs.gov/site-links)

Office of Inspector General (https://www.oig.dhs.gov/)

DHS.gov (https://www.dhs.gov/)

TSA.gov (https://www.tsa.gov/)

An official website of the United States government Here's how you know



Info Requested Record Details

Info Requested
Passport or Travel Document

Status
Completed

Related Case
00688297 (/DHSTrip/s/account-management/case/500SJ00001NNUVt)

Due Date
9/20/2026

Comments
Your provided documents are insufficient to process your case. We require a legible and unexpired copy of your passport or other travel document where your facial features are clear and the text and the code at the bottom of the Passport is legible. A copy of a driver's license or other domestic travel identity document is insufficient since your incident details include border-crossing travel issues. A photo of your document is acceptable. You must ensure the entire document is captured in the photo.

DHS TRIP confirms receipt of your latest submitted material(s) in response to your missing information request. We will advise if we require any further information. Thank you.

Participation in the DHS Traveler Redress Inquiry Program is voluntary.

The OMB control number assigned to this collection is 1652-0044 which expires on 06/30/2029.

We'd love to hear your feedback - Web Experience Survey (https://response.tsa.dhs.gov/survey/runtimeApp.app?invitationId=0KiSJ000001W7KL&surveyName=dhs_trip_website_feedback_survey&UUID=f7490731-78f3-47a5-afa9-3333056f4bcf) | TRIP Redress Program Survey (https://response.tsa.dhs.gov/survey/runtimeApp.app?invitationId=0KiSJ000001W7H7&surveyName=dhs_trip_feedback_survey&UUID=e22bb24a-cbc6-4730-a498-0329095e7387)